[Cite as *State v. Warnick*, 2023-Ohio-4480.]

# IN THE COURT OF APPEALS OF OHIO
## THIRD APPELLATE DISTRICT
### SENECA COUNTY

STATE OF OHIO,                                    CASE NO. 13-23-18

     PLAINTIFF-APPELLEE,

  v.

DYLAN J. WARNICK,                              O P I N I O N

     DEFENDANT-APPELLANT.

Appeal from Seneca County Common Pleas Court
Trial Court No. 23-CR-0079

**Judgment Reversed**

**Date of Decision:  December 11, 2023**

APPEARANCES:

    *John M. Kahler II* **for Appellant**

    *Stephanie J. Kiser* **for Appellee**

**WALDICK, J.**

{¶1} Defendant-appellant, Dylan J. Warnick, brings this appeal from the July 10, 2023, judgment of the Seneca County Common Pleas Court sentencing him to 12 months in prison after he pled guilty to, and was convicted of, Gross Sexual Imposition. On appeal, Warnick argues that the trial court erred by sentencing him to prison and imposing a community control sanction on him by ordering that he have no-contact with the victim. The State agrees with Warnick that the trial court erred and urges reversal. For the reasons that follow, we reverse the judgment of the trial court.

*Background*

{¶2} Pursuant to a negotiated plea agreement, Warnick pled guilty to Gross Sexual Imposition in violation of R.C. 2907.05(A)(1), a fourth degree felony. The parties jointly recommended a 12-month prison term, and that prison term was imposed by the trial court.

{¶3} On July 10, 2023, the trial court filed its final judgment entry memorializing Warnick's prison term. As part of the entry, the trial court also ordered Warnick to have "absolutely NO CONTACT with the victim in this case * * * in person, by telephone, mail or by third party."

{¶4} Warnick appeals the trial court's judgment, asserting the following assignment of error for our review.

**Assignment of Error**

**The trial court erred in sentencing the defendant to both a prison sentence and a community control sanction.**

{¶5} Generally, a no-contact order is a community control sanction. *State v. Anderson*, 143 Ohio St.3d 173, 2015-Ohio-2089. The Supreme Court of Ohio has specifically held that a trial court may not impose a prison sentence on a defendant and also impose a community control sanction such as a no-contact order on a defendant for that same offense. *Id*. at ¶ 32. As the trial court imposed both a prison term and a community control sanction on Warnick for the same offense, the judgment of the trial court is reversed under the authority of *Anderson* with instructions to vacate the no-contact order.

*Conclusion*

{¶6} Having found prejudicial error to Warnick in the particulars assigned and argued, the judgment of the Seneca County Common Pleas Court is reversed.

***Judgment Reversed***

**WILLAMOWSKI and ZIMMERMAN, J.J., concur**

**/eks**